IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZACHARY TRUJILLO,

    Petitioner,                    No. CIV S-07-0648 LKK EFB P

    vs.

RICH SUBIA, Warden, et al.,

    Respondents.              ORDER

                             /

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondents have requested an extension of time to file and serve a response to the petition. *See* Fed. R. Civ. P. 6(b).

       Good cause appearing, it is ORDERED that respondents' July 18, 2007, request is granted and respondents have 30 days from the date this order is served to file and serve a response to the petition.

Dated: July 27, 2007.

_\[signature\]_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE